■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE CUELLO, Appellant. [908 NYS2d 586]—Order, Supreme Court, Bronx County (Laura Safer-Espinoza, J.), entered January 14, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

Defendant is not eligible to be resentenced under the 2009 Drug Law Reform Act (L 2009, ch 56), in that he was released on parole from custody on his drug conviction, but reincarcerated for a parole violation (*see People v Pratts*, 74 AD3d 536 [2010]). Concur—Mazzarelli, J.P., Sweeny, Acosta, Abdus-Salaam and Román, JJ.